of the use of these three and one-half acres for the season of 1912 by the defendant for other reasons. For these reasons I think the judgment appealed from should be reversed, with costs, and the demurrer overruled, with leave to the defendant to plead over on payment of the costs of the demurrer and of this appeal.

Frank B. Townsend, Appellant, v. Ezekiel C. Perry and Others, Respondents.— Judgment affirmed, with costs. All concurred.

The People of the State of New York ex rel. Michael F. Buckley, Appellant, v. Charles M. Conklin, Town Clerk of the Town of Milo, Respondent.— Order affirmed, with costs. All concurred.

The People of the State of New York ex rel. William S. Craugh, Appellant, v. Charles M. Conklin, Town Clerk of the Town of Milo, Respondent.— Order affirmed, with costs. All concurred.

John H. Waterbury, Respondent, v. Edith A. Waterbury, Appellant. — Judgment affirmed, without costs. All concurred.

John H. Waterbury, Respondent, v. Edith A. Waterbury, Appellant.— Order affirmed, without costs. All concurred.

George S. Arnold, Respondent, v. Rex Spring and Another, Impleaded with Dudley P. Hall and Others, Appellants.— Judgment reversed and new trial granted, without costs of this appeal to either party. Held, that the judgment appealed from is erroneous in the following particulars: *First*, plaintiff is not entitled to a lien for the value of the undelivered stove wood; *second*, plaintiff's lien attaches to all the wood and logs remaining upon the plaintiff's lands, and is not limited to an undivided one-half thereof; *third*, plaintiff's lien is limited in amount to the value of said wood and logs less the expense incurred by defendants in cutting and piling the same. All concurred.

Clarence E. McNaughton, Plaintiff, v. Buffalo, Rochester and Pittsburg Railroad Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

Alfred R. Goewey, an Infant, by His Guardian ad Litem, Alfred Goewey, Appellant, v. David D. Long, Respondent.— Judgment and order affirmed, with costs. All concurred.

Agnes Keller, Respondent, v. Elizabeth Hackett, Appellant.— Judgment affirmed, with costs. All concurred.

The Lake Shore and Michigan Southern Railway Company, Appellant, v. Jeremiah Mahle and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and matter remitted to the Special Term for the appointment of a new commissioner. All concurred.

James A. Wilson, Respondent, v. Jesse M. W. Scott, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Sophia Ebling, as Administratrix, etc., Respondent, v. Buffalo Lodge, No. 8, Loyal Order of Moose, Appellant.— Judgment affirmed, with costs. All concurred.

Empire Engineering Corporation, Respondent, v. Cornelius J. Mack and Others, Appellants, Impleaded with Joseph E. McFadden and Others. — Judgment affirmed, with costs. All concurred.